UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
AMBER DOE,                                                           :
                                                                     :
                          Plaintiff,                                 :
                                                                     :                26-CV-3205 (JMF)
                   -v-                                               :
                                                                     :          MEMORANDUM OPINION
SEQUOIA CAPITAL OPERATIONS LLC SEQUOIA          :                AND ORDER
CAPITAL FUND, L.P. et al.,                                          :
                                                                     :
                          Defendants.                                :
                                                                     :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On May 15, 2026, Plaintiff filed an emergency motion to stay transfer of this case pending appeal. ECF No. 10. In general, "an interlocutory appeal, unless frivolous, . . . divests the district of court of jurisdiction respecting the issues raised and decided in the order on appeal." *Retirement Bd. of Policemen's Annuity & Ben. Fund v. Bank of New York Mellon*, 297 F.R.D. 218, 220-21 (S.D.N.Y. 2013) (cleaned up). But, putting aside whether Plaintiff's appeal is frivolous, the Court has authority to deny the motion for a stay pursuant to Rule 62.1(a)(2) of the Federal Rules of Civil Procedure, which provides that, "[i]f a timely motion is made for relief that the court lacks authority to grant because of an appeal that has been docketed and is pending, the court may . . . deny the motion." Substantially for the reasons stated in the Court's Memorandum Opinion and Order dated April 29, 2026, ECF No. 8, the motion is DENIED as frivolous. The Clerk of Court is directed to terminate ECF No. 10.

        SO ORDERED.

Dated: May 19, 2026
        New York, New York                          _____
                                                                JESSE M. FURMAN
                                                            United States District Judge